UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                                          09-cr-0723 (LAK)

FRANCISCO GONZALEZ-URIBE,

                Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The government shall respond to defendant's motion for compassionate release on or before January 4, 2022.

       The Clerk shall mail a copy of this order to the defendant.

       SO ORDERED.

Dated:     November 17, 2021

                                                            /s/ Lewis A. Kaplan
                                                           Lewis A. Kaplan
                                             United States District Judge