USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/05/2022

MEMO ENDORSED

RECEIVED
NOV 17 2021
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 09-CR-723-03(LAK) |
| § | |
| FRANCISCO GONZALEZ-URIBE § | |

## MOTION FOR COMPASSIONATE RELEASE

To the Honorable Court:

COMES NOW, defendant / petitioner Francisco Gonzalez-Uribe (hereinafter "Uribe"), and respectfully submits this Motion for a Reduction in his Sentence under the First Step Act amendment to 18 U.S.C. §3582(c), in recognition of the extraordinary and compelling circumstances created by the COVID-19 pandemic that has currently spread rapidly at F Beaumont Low-Security prison where Uribe is incarcerated. The threat this poses to Uribe is illuminated by the CDC listings of specific medical conditions (which Uribe suffers from presented herein) and medica coverage of Beaumont prison staff causing cross-contamination of inmates. (See https://bit.ly/BeaumontLowCOVID19Mismanagement ) (also see Exhibit J).

For the good cause showing in this petition, prompted by the encroaching rise in the COVID-19 Delta Variant cases, Uribe seeks a reduction in his sentence to the time he has served to protect Uribe's health, do justice, and to vindicate the aims of the federal sentencing regime.

1

Memorandum Endorsement                    United States v. Gonzalez-Uribe, 09-cr-0723 (LAK)

        The Court has reviewed carefully all of defendant's voluminous papers in support of his motion for compassionate release. The motion to supplement his petition (Dkt 209) is GRANTED, but the motion for compassionate release (Dkt 207), as supplemented, is DENIED in all respects, substantially for the reasons set forth in the government's thorough and persuasive opposition (Dkt 210). In all of the defendant's circumstances, there are no extraordinary and compelling reasons for relief. Even if there were such circumstances, the Court would deny relief on the basis of the Section 3553(a) factors, including but not limited to the need to disable the defendant from resuming his international narcotics activities directed at the United States, the need to provide general deterrence, and the need for the sentence properly to reflect the seriousness of defendant's crimes.

        SO ORDERED.

Dated:     January 5, 2022

                                                         _____
                                                           Lewis A. Kaplan
                                                      United States District Judge