UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

      -against-                                                                         09-cr-0723 (LAK)

FRANCISCO GONZALEZ-URIBE,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The defendant moves for leave to file a reply to the government's opposition to defendant's previously denied motion for compassionate release and, upon receipt of the reply, for reconsideration of the order denying his motion. The application is granted. Any reply shall be filed not later than February 4, 2022.

        The Clerk shall mail a copy of this order to defendant and shall note that this has been done on the docket.

        SO ORDERED.

Dated:        January 18, 2022

                                                                     /s/     Lewis A. Kaplan
                                                              _____
                                                                      Lewis A. Kaplan
                                                                 United States District Judge