```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

                -against-                                09-cr-0723 (LAK)

FRANCISCO GONZALEZ-URIBE,

                Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        In moving for compassionate release, the defendant refers to May 18, 2020 internal guidance by the United States Department of Justice through a court filing that purportedly quotes from it.[1] Despite diligent efforts, this Court has been unable to locate any such directive.

        The Government shall provide a copy of the abovementioned guidance to the Court and to defense counsel no later than February 22, 2022.

        SO ORDERED.

Dated:       February 14, 2022

                                                                            _____
                                                                           Lewis A. Kaplan
                                                                           United States District Judge

---

[1] Gov't's supplemental response, *United States v. Firebaugh*, No. 16-20341-CR-UU (S.D. Fla. filed June 8, 2020).