AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/25

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FRANCISCO GONZALEZ-URIBE | ) | Case No: 1:(S1)09-cr-723-03(LAK) |
| | ) | USM No: 70774-054 |
| Date of Original Judgment: 12/10/2010 | ) | |
| Date of Previous Amended Judgment: _____ | ) | Francisco Gonzalez-Uribe, pro se |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  12/10/2010  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  11/03/2025

*Judge's signature*

Effective Date:  01/06/2025              Hon. Lewis A. Kaplan, U.S.D.J.
*(if different from order date)*                  *Printed name and title*